# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO P. PEZZULO, | ) |
| | ) CASE NO. 2:11-CV-1372 - MRH |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BOROUGH OF NORTH BRADDOCK | ) |
| And the BOROUGH OF NORTH | ) |
| BRADDOCK POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41A

AND NOW, come the parties who now file this joint dismissal of all claims, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*/s/Erik M. Yurkovich*
Erik M. Yurkovich, Esq.
PA I.D. No. 83432
207 Pine Creek Road
Bldg 1 Ste 201
Wexford PA 15090
T:724.933.9199
Erik.yurkovich@gmail.com
Attorney for Plaintiff

*/s/Suzanne B. Merrick*
Suzanne B. Merrick
Thomas, Thomas & Hafer LLP
One Oxford Centre
Suite 1150
301 Grant Street
Pittsburgh, PA 15219
(412) 697-7403
412 697-7407 (fax)

smerrick@tthlaw.com

Counsel for the Defendant
North Braddock